

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2013

No. 04-13-00511-CR and 04-13-00512-CR

Timothy Paul **MURNANE**,
Appellant

v.

The State of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5755 and 2012CR5756
Honorable Ray Olivarri, Judge Presiding

# O R D E R

    In these companion cases, Appellant's briefs were due to be filed with this court on September 19, 2013. We granted Appellant's first motion for extension of time to file the briefs until October 21, 2013. The deadline has passed and Appellant has not filed the briefs.

    Accordingly, we ORDER Appellant's attorney to either file Appellant's briefs or a motion to dismiss these appeals within ten days of the date of this order. If no briefs or motions are filed by that date, we will abate these appeals to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). Appellant's attorney is cautioned that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against [A]ppellant's counsel." *Id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2013.

_____
Keith E. Hottle
Clerk of Court